SANDRA A. LEON *v.* STEVEN J. LEON
(12132)

O'CONNELL, LAVERY and SPEAR, Js.

Argued May 3—decision released May 24, 1994

*Lloyd Frauenglass,* with whom, on the brief, was *Candace V. Bath,* for the appellant (plaintiff).

*Seymour A. Rothenberg,* with whom was *Martha Anne Cosgrove,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.